Criminal Std (6/13/2012)

HONORABLE: Sarah A. L. Merriam
DEPUTY CLERK: A. Caffrey
RPTR/ECRO/TAPE: FTR - CR4
USPO: N. Owens, K. Rubiano
INTERPRETER: _____

TOTAL TIME: ___ hours  12 minutes
DATE: 10/29/2019   START TIME: 12:11PM   END TIME: 12:23PM

## COURTROOM MINUTES

- [x] IA-INITIAL APPEAR
- [ ] BOND HRG
- [ ] CHANGE OF PLEA
- [ ] IN CAMERA HRG
- [ ] IA- RULE 5
- [x] DETENTION HRG
- [ ] WAIVER/PLEA HRG
- [ ] COMPETENCY HRG
- [ ] ARRAIGNMENT
- [ ] PROBABLE CAUSE
- [ ] EXTRADITION HRG
- [ ] FORFEITURE
- [ ] CONFLICT HRG
- [ ] EVIDENTIARY HRG
- [ ] STATUS CONF
- [x] MOTION HRG

CRIMINAL NO. 3:19-mj-01539-SALM   DEFT # _____

H. Gordon Hall
AUSA

**UNITED STATES OF AMERICA**
vs
Orlando Martinez

Robert C. Mirto
Counsel for Defendant Ret [ ] CJA [x] PDA [ ]

---

- [ ] ....... Deft failed to appear. Oral Motion for issuance of Warrant [ ] granted [ ] denied [ ] Bond FORFEITED
- [x] ...... [x] Arrest Date (CT Case): 10/29/2019  [ ] Case unsealed or [ ] Rule 5 arrest, _____ Dist of _____
- [x] ...... CJA 23 Financial Affidavit filed [x] under seal
- [ ] ...... Order Appointing Federal Public Defender's Office filed
- [x] ...... Court appoints Attorney Robert C. Mirto to represent defendant for [ ] this proceeding only [x] all proceedings
- [ ] ...... Appearance of _____ filed
- [ ] ...... [ ] Complaint filed [ ] Sealed Complaint filed [ ] Affidavit of _____ filed
- [ ] ...... [ ] Information/Misdemeanor filed [ ] Sealed Information filed
- [ ] ...... [ ] Waiver of Indictment (case opening) filed [ ] Felony Information filed
- [ ] ...... [ ] Waiver of Indictment (mid case) filed [ ] Superseding Information filed
- [ ] ...... Plea Agreement Ltr filed [ ] under seal [ ] to be e-filed
- [ ] ...... Plea of [ ] not guilty [ ] guilty [ ] nolo contendere to count(s) _____ of the _____ (indict, superseding indict, info)
- [ ] ...... Petition to Enter Guilty Plea filed
- [ ] ...... Defendant motions due _____ ; Government responses due _____
- [ ] ...... Scheduling Order [ ] filed [ ] to be filed [ ] Sentencing Scheduling Order
- [ ] ....... Hearing on Pending Motions scheduled for _____ at _____
- [ ] ...... Jury Selection set for _____ at _____
- [ ] ...... Remaining Count(s) to be dismissed at sentencing
- [ ] ...... Sentencing set for _____ at _____ [ ] Probation 246B Order for PSI & Report
- [ ] ...... Special Assessment of $_____ on count(s) _____. Total $ _____ [ ] Due immediately [ ] Pay at sentencing
- [x] ...... Govt's Motion for Pretrial Detention filed [x] GRANTED [ ] DENIED [ ] ADVISEMENT
- [ ] ...... Govt's ORAL Motion for Pretrial Detention [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- [x] ...... Order of Detention filed
- [ ] ...... Deft ordered removed/committed to originating /another District of _____
- [ ] ...... No bond set at this time, Order of Temporary Detention Pending Hearing [ ] filed [ ] to be filed
- [ ] ...... Waiver of Rule 5 Hearing filed
- [x] ...... Govt's Motion for waiver of 10-day notice [x] GRANTED [ ] DENIED [ ] ADVISEMENT
- [ ] ...... Bond [ ] set at $_____ [ ] reduced to $_____ [ ] Non-surety [ ] Surety [ ] Personal Recognizance
- [ ] ...... Bond [ ] revoked [ ] reinstated [ ] continued [ ] modified
- [x] ...... Defendant detained
- [x] ...... Prob. Cause Hearing [ ] waived [x] set for 11/12/2019 at 1PM   [ ] continued until _____
- [ ] ...... Set Attorney Flag and notify Federal Grievance Clerk

[x] SEE page II for [ ] conditions of bond [x] additional proceedings

## CONDITIONS OF BOND

☐ ..... Travel restricted to Connecticut of extended to _____
upon obtaining permission from USPO. A motion for any other travel with copies to the Govt and to USPO must be filed and approved by the Court.

☐ ..... Deft must reside at _____

☐ ..... Deft must report to USPO \_\_\_\_\_ times a ☐ week ☐ month ☐ by telephone ☐ in person ☐ at USPO discretion.

☐ ..... Deft ☐ must surrender passport by 4:00 p.m. on \_\_\_\_\_ ; ☐ Must not apply for a passport.

☐ ..... Deft must refrain from the possession of firearms or dangerous weapons.

☐ ..... Deft must maintain employment or actively seek employment.

☐ ..... Deft must refrain from use or unlawful possession, or distribution of a narcotic drug.

☐ ..... as set forth in the Order Setting Conditions of Release

☐ ..... _____

## ADDITIONAL PROCEEDINGS

| | | granted | denied | advisement |
|---|---|---|---|---|
| ☐ ..... Deft's oral motion | | ☐ | ☐ | ☐ |
| ☐ ..... Deft's oral motion | | ☐ | ☐ | ☐ |
| ☐ ..... Deft's oral motion | | ☐ | ☐ | ☐ |
| ☐ ..... Deft's oral motion | | ☐ | ☐ | ☐ |
| ☒ ..... Govt's oral motion | to Unseal Complaint and Affidavit | ☒ | ☐ | ☐ |
| ☐ ..... Govt's oral motion | | ☐ | ☐ | ☐ |
| ☐ ..... Govt's oral motion | | ☐ | ☐ | ☐ |
| ☐ ..... Govt's oral motion | | ☐ | ☐ | ☐ |
| ☐ ..... # \_\_ Deft \_\_\_\_ Motion | | ☐ | ☐ | ☐ |
| ☐ ..... # \_\_ Deft \_\_\_\_ Motion | | ☐ | ☐ | ☐ |
| ☐ ..... # \_\_ Govt Motion | | ☐ | ☐ | ☐ |
| ☐ ..... # \_\_ Govt Motion | | ☐ | ☐ | ☐ |

| | filed | granted | denied | advisement |
|---|---|---|---|---|
| ☐ ..... _____ | ☐ | ☐ | ☐ | ☐ |
| ☐ ..... _____ | ☐ | ☐ | ☐ | ☐ |
| ☐ ..... _____ | ☐ | ☐ | ☐ | ☐ |
| ☐ ..... _____ | ☐ | ☐ | ☐ | ☐ |
| ☐ ..... _____ | ☐ | ☐ | ☐ | ☐ |

Notes:

Heard in conjunction with 3:19-mj-01528-SALM USA v. Roney Sosa